**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**THOMAS TOLES**

       Plaintiff,                          No. C-**11-0661** EDL

     v.                                   **ORDER OF CONDITIONAL DISMISSAL**

**HARTFORD LIFE & ACCIDENT INSURANCE CO., et al.**

       Defendants.
_____/

     The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

     IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before June 10, 2011 for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date.  In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: May 11, 2011

                                 *Elizabeth D. Laporte*
                                _____
                                ELIZABETH D. LAPORTE
                                United States Magistrate Judge